**STORZER & ASSOCIATES, P.C.**
Sieglinde K. Rath
Robert L. Greene, *application*
  *for admission pro hac vice pending*
1025 Connecticut Avenue
Suite One Thousand
Washington, D.C. 20036
rath@storzerlaw.com
Tel: (202) 857-9766
Fax: (202) 315-3996

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALLEY CHABAD, INC., a New Jersey nonprofit corporation, and RABBI DOV DRIZIN,<br><br>                    Plaintiffs,<br><br> vs.<br><br>BOROUGH OF WOODCLIFF LAKE, N.J. and ZONING BOARD OF ADJUSTMENT OF THE BOROUGH OF WOODCLIFF LAKE, N.J., CARLOS RENDO, individually and in his official capacity as Mayor of the Borough of Woodcliff Lake, and PAUL BECHTEL, in his official capacity as Property Maintenance Officer of the Borough of Woodcliff Lake,<br><br>                    Defendants. | Civ. No.<br><br>Corporate Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 |

## **DISCLOSURE STATEMENT**

1

COMES NOW VALLEY CHABAD, INC., a Plaintiff in the above-captioned matter, states in accordance with Federal Rule of Civil Procedure 7.1 that it does not have a parent corporation and is not a publicly held corporation.

<u>November 1, 2016</u>  /s/ Siegliende K. Rath
Date  Sieglinde K. Rath
  Robert L. Greene, *application for admission*
      *pro hac vice pending*
  Storzer & Associates, P.C.
  1025 Connecticut Avenue
  Suite One Thousand
  Washington, D.C. 20036
  rath@storzerlaw.com

  *Attorneys for Plaintiffs*