41034.00106-HBM

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**
Howard B. Mankoff, Esq.
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
☎973-618-4100     🖷973-618-0685
✉ hbmankoff@mdwcg.com
ATTORNEYS FOR DEFENDANTS – Borough of Woodcliff Lake, N.J. and Zoning Board of Adjustment of the Borough of Woodcliff Lake, N.J., Carlos Rendo, individually and in his official capacity as Mayor of the Borough of Woodcliff Lake, and Paul Bechtel in his official capacity as Property Maintenance Officer of the Borough of Woodcliff Lake

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK
** <u>ELECTRONICALLY FILED</u> ****

| | |
|---|---|
| Valley Chabad, Inc., a New Jersey nonprofit corporation, and Rabbi Dov Drizin,<br><br>Plaintiffs<br><br>v.<br><br>Borough of Woodcliff Lake, N.J. and Zoning Board of Adjustment of the Borough of Woodcliff Lake, N.J., Carlos Rendo, individually and in his official capacity as Mayor of the Borough of Woodcliff Lake, and Paul Bechtel in his official capacity as Property Maintenance Officer of the Borough of Woodcliff Lake<br><br>Defendants | CASE NO.:  2:16-CV-08087-JLL-JAD<br><br>Civil Action<br><br>**STIPULATION OF DISMISSAL<br>OF<br><u>COUNTERCLAIM ONLY</u><br>WITH PREJUDICE** |

It is hereby stipulated and agreed that the **counterclaims** asserted by defendants, Borough of Woodcliff Lake, N.J. and Zoning Board of Adjustment of the Borough of Woodcliff Lake, N.J., Carlos Rendo, individually and in his official capacity as Mayor of the Borough of Woodcliff Lake, and Paul Bechtel in his official capacity as Property Maintenance Officer of the Borough of Woodcliff Lake are dismissed with prejudice.

    MARSHALL, DENNEHEY, WARNER, COLEMAN & GOGGIN
**Attorneys for Defendants**, Borough of Woodcliff Lake, N.J. and Zoning Board of Adjustment of the Borough of Woodcliff Lake, N.J., Carlos Rendo, individually and in his official capacity as Mayor of the Borough of Woodcliff Lake, and Paul Bechtel in his official capacity as Property Maintenance Officer of the Borough of Woodcliff Lake

*Howard B. Mankoff*
By:_____
    HOWARD B. MANKOFF, ESQ.

Dated:  October 27, 2017