**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
ATTORNEYS-AT-LAW    WWW.MARSHALLDENNEHEY.COM
A PROFESSIONAL CORPORATION

425 Eagle Rock Avenue, Suite 302, Roseland, NJ 07068
(973) 618-4100  Fax  (973) 618-0685
*Justin F. Johnson, Resident Managing Attorney*

Direct Dial:  (973) 618-4191
Email:  trryan@mdwcg.com

PENNSYLVANIA — Allentown, Doylestown, Erie, Harrisburg, King of Prussia, Philadelphia, Pittsburgh, Scranton
OHIO — Cincinnati, Cleveland
FLORIDA — Ft. Lauderdale, Jacksonville, Orlando, Tampa
NEW JERSEY — Mount Laurel, Roseland
NEW YORK — Long Island, New York City, Westchester
DELAWARE — Wilmington

April 25, 2018

**ELECTRONICALLY FILED**

Honorable Jose L. Linares, Chief Judge
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, N.J. 07102

    **RE:**    **Valley Chabad v. Borough of Woodcliff Lake**
            **Docket No.:**   **2:16-CV-08087-JLL-JAD**
            **Our File No.: 41034.00106**

Dear Judge Linares:

    I represent the defendants in this matter. Counsel have agreed on the form of an Order related to the production of electronically stored information. The Stipulation and Order is attached. If Your Honor has no objections, I ask that Your Honor enter the attached Order.

    Thank you for your consideration

                        Respectfully,

                        */s/ Howard Mankoff*
                        Howard B. Mankoff

HBM/ssierra
Attachment
cc:    Sieglinde Rath, Esq. – Via Electronic Filing
        Roman Storzer, Esq. – Via Electronic Filing

LEGAL/116078970.v1
FOLDER 4 – PLEADINGS