**MARSHALL DENNEHEY**
**WARNER COLEMAN & GOGGIN**
ATTORNEYS-AT-LAW   WWW.MARSHALLDENNEHEY.COM
A PROFESSIONAL CORPORATION

425 Eagle Rock Avenue, Suite 302, Roseland, NJ 07068
(973) 618-4100  Fax (973) 618-0685
*Justin F. Johnson, Resident Managing Attorney*

Direct Dial: (973) 618-4118
Email: hbmankoff@mdwcg.com

PENNSYLVANIA: Allentown, Doylestown, Erie, Harrisburg, King of Prussia, Philadelphia, Pittsburgh, Scranton
NEW JERSEY: Cherry Hill, Roseland
DELAWARE: Wilmington
OHIO: Cincinnati, Cleveland
FLORIDA: Ft. Lauderdale, Jacksonville, Orlando, Tampa
NEW YORK: Long Island, New York City, Westchester

May 28, 2018

Honorable Joseph A. Dickson, U.S.M.J.
United States District Court
District of New Jersey
M.L. King, Jr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, N.J. 07102

    RE:    Valley Chabad v. Borough of Woodcliff Lake
            Docket No.:   2:16-CV-08087-JLL-JAD
            Our File No.:  41034.00106

Dear Judge Dickson:

    I write in response to the letter from Plaintiffs' counsel about the delay in the Defendants' response to the Plaintiffs' document demand. The delay was caused by the limited resources available to the Defendant, and the necessity of responding to the Justice Department demand for discovery. I apologize to the Court and to counsel for the delay. I anticipate that the Defendants will serve documents within two weeks.

            Respectfully,

            /s/ Howard Mankoff

            Howard B. Mankoff

HBM

cc: Sieglinde Rath, Esq.