

# METHFESSEL & WERBEL
### A Professional Corporation

JOEL N. WERBEL>
JOHN METHFESSEL, JR.>
FREDRIC PAUL GALLIN*+^
STEPHEN R. KATZMAN#
WILLIAM S. BLOOM>*
ERIC L. HARRISON*+
MATTHEW A. WERBEL>
LORI BROWN STERNBACK*+
I. BLAKELEY JOHNSTONE,III+*
GINA M. STANZIALE>
PAUL J. ENDLER JR.>

Of Counsel
JOHN METHFESSEL, SR.>
(1964-1995)
DON CROWLEY=
MARC DEMBLING*+
ED THORNTON*>

Counsel
CHRISTIAN R. BAILLIE+
JOSEPH D. CASTELLUCCI, JR.>
SARAH K. DELAHANT+
JAMES FOXEN^
GERALD KAPLAN>
JARED P. KINGSLEY*+
JOHN R. KNODEL.*+
LESLIE A. KOCH+
CHARLES T. MCCOOK, JR.*>
MARC G. MUCCIOLO>
RICHARD A. NELKE~
STEVEN K. PARNESS+
BRENT R. POHLMAN+
AMANDA J. SAWYER^

Associates
EDWARD D. DEMBLING>
JASON D. DOMINGUEZ+
NATALIE DONIS+
MICHAEL R. EATROFF>
DAVID INCLE, JR.>
FRANK J. KEENAN+^
SCOTT KETTERER>

Associates, Cont'd
ALLISON M. KOENKE>
ALICIA C. LANGONE+
ADAM N. LEVITSKY>
OLIVIA R. LICATA+
ASHLEY E. MALANDRE^
JAMES V. MAZEWSKI+
DIAA J. MUSLEH+
KAJAL J. PATEL>
RAINA M. PITTS^
MATTHEW L. RACHMIEL>
WILLIAM J. RADA+
NABILA SAEED^
JARED S. SCHURE>
TIFFANY D. TAGARELLI>
STEVEN A. UNTERBURGER+
LEVI E. UPDYKE+^

* Certified by the Supreme Court of
   New Jersey as a Civil Trial Attorney
+Member of NY & NJ Bar
^Member of PA & NJ Bar
>Member of NJ Bar only
#Member of NJ & LA. Bar
<Member of NJ & DC Bar
≥Member of NJ, PA & DC Bar
~Member of NY, NJ & DC Bar
=Retired from the practice of law

**Please reply to New Jersey**

March 29, 2019

VIA ECOURTS FILING
Honorable Joseph Dickson, U.S.M.J.
United States District Court - Newark
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Courtroom MLK 4C
Newark, NJ 07101

RE: **VALLEY CHABAD VS. BOROUGH OF WOODCLIFF LAKE, ET AL.**
Our File No.  : 86474 ELH
Docket No.    : 2:16-CV-08087

Dear Magistrate Dickson:

As Your Honor is aware this office represents the Defendant in the private action filed by Valley Chabad and Rabbi Dov Drizin. This correspondence is the discovery production update that was requested by Your Honor during the Parties telephone status conference conducted on March 25, 2019.

As of the submission of this correspondence the Defendants have provided the following materials.

⁾ Answers to Interrogatories By the Borough of Woodcliff Lake.
⁾ Answers to Interrogatories By Mayor Carlos Rendo.
⁾ Answers to Interrogatories By the Woodcliff Lake Zoning Board of Adjustment.

Methfessel & Werbel, Esqs.
Our File No. 86474 ELH
Page 2

- Response to Plaintiffs' initial document request on behalf of all Defendants.
- The Borough of Woodcliff Lake, the Woodcliff Lake Zoning Board of Adjustment, and Paul Bechtal's responses to Valley Chabad's supplemental discovery demands
- Defendants' Initial Document Production: bate stamp 1-1411. These were the only materials that had been produced by the Defendants' prior counsel.
- Woodcliff Lake Fire Prevention Materials for 100 Overlook: bate stamp 1412-1720.
- Woodcliff Lake Tice Center Use Forms Submitted by Valley Chabad: bate stamp 1721-1739.
- Woodcliff Lake Construction Code Official Materials related to 100 Overlook: bate stamp 1740-1749.
- Valley Chabad 1998 ZBA Application General Correspondence: bate stamp 1750-1937.
- Valley Chabad 1998 ZBA Application Expert Reports: bate stamp 1938-1991.
- Valley Chabad1998 ZBA Application Review Comments: bate stamp 1992-2054.
- Valley Chabad1998 ZBA Traffic Study: bate stamp 2055-2114.
- Valley Chabad 1998 ZBA Application Correspondence and Communications: bate stamp 2115-2227.
- Valley Chabad1998 ZBA Application: bate stamp 2228-2264.
- Our Mother of the Church 2001 ZBA Application: bate stamp 2265-2430.
- Woodcliff Lake ZBA 2016 Application Files: bate stamp 2431-2574
- Temple Emanuel 2001 ZBA Application: bate stamp 2575-2785.
- Christ Lutheran Church 1998 ZBA Application: bate stamp 2786-2941.
- Woodcliff Lake Relevant Borough Ordinances: bate stamp 2942-2963.
- Woodcliff Lake Documents Related to Amendment of Section 250 of Borough Code: bate stamp 2964-3032.
- Galaxy Gardens Deed, Purchase Contract Phase I Environmental: bate Stamp 3033-3276
- Documents Related To Valley Chabad's purchase of 28 County Road: bate stamp RCS-00001-00151.
- Woodcliff Lake 75 Weirmus Grant Documents (bate stamp 3277-3380)

Methfessel & Werbel, Esqs.
Our File No. 86474 ELH
Page 3

- Woodcliff Lake Communication with DEP Green Acres (bate stamp 3381-3507)
- General Materials relating to Acquisition of Hathaway & Freedman properties (bate stamp 3508-3989)
- Woodcliff Lake 75 Werimus Acquisition (bate stamp 3990-4101)
- Langen Engineering February 26, 2017 Report (bate stamp 4102-5091)
- Woodcliff Lake 2002 Master Plan (bate stamp 5092-5180)
- Woodcliff Lake 2008 Reexamination of the Master Plan (bate stamp 5181-5212)
- Woodcliff Lake Meeting minutes Related To Galaxy Gardens Acquisition (bate stamp 5213-5869)
- Woodcliff Lake Meeting Minutes Related To Hathaway Property (bate stamp 5870-5882)
- Woodcliff Lake Meeting Minutes Related To 10-02 Parking Ordinance (bate stamp 5883-5964)
- Meeting Minutes Related To Zoning Changes (bate stamp 5965-5983)
- Zoning Board of Adjustment Resolution For Valley Chabad Application (bate stamp 5984-6004)

The Defendants have also produced the video recordings for the Valley Chabad application before the Woodcliff Lake Zoning Board of Adjustment.

The Defendants have provided an ESI production that consists of approximately 55,000 documents. The Defendants identified approximately 7,000 privileged documents and this office is in the process of creating a privilege log.

There were a few document requests that the Defendants are in possession responsive materials for, but for various reasons the Defendants are making available for inspection and copying at Borough Hall.

- All documents related to Plaintiffs' Application, including but not limited to applications, submission, transcripts, recordings, communications, analyses, reports, charts, maps, graphs, exhibits, minutes, testimony, letters, photographs, videos, slides, permits and decisions.

    - Plaintiffs' are in possession of all of these materials, notwithstanding the Defendants have provided many of these items. However, because of the replication costs associated with all of the application/hearing materials and reports, the defendants are making the entirety of the file available for inspection and copying.

- The complete filed of the Borough Zoning Code Officials office related to the Subject property.

- The complete file of the Borough Zoning Code Official's office relating to the property located at 51 Mill Extension Road.

There are still a few outstanding items that the Defendant's must gather and produce. I would estimate that it will take the Defendants an additional fourteen days to produce same.

- Mayor Rendo's response to Valley Chabad's supplemental discovery requests.
- Insurance policies
- Tax assessor file for subject property.
- Current Zoning Map for the Borough of Woodcliff Lake.

With respect to the Defendants' responses to Plaintiffs' initial requests for answers to interrogatories, the Defendants proffer that the responses are appropriately responsive.

Methfessel & Werbel, Esqs.
Our File No. 86474 ELH
Page 5

    As of the submission of this correspondence the Defendants have provided the following materials.

                                  Respectfully submitted,

                                  **METHFESSEL & WERBEL, ESQS.**

                                  Brent R. Pohlman
                                  pohlman@methwerb.com
                                  Ext. 182

BRP:mgd

cc:  VIA EMAIL: rath@storzerlaw.com
     Sieglinde K. Rath, Esq.
     Storzer & Associates, P.C.
     1025 Connecticut Avenue
     Suite One Thousand
     Washington, D.C. 20036

     VIA EMAIL: hnau@krovatin.com
     Helen A. Nau, Esq.
     Krovatin Klingeman LLC
     60 Park Place, Suite 1100
     Newark, NJ 07102

     VIA EMAIL: hklingeman@krovatin.com
     Henry E. Klingeman, Esq.
     Krovatin Klingeman LLC
     60 Park Place, Suite 1100
     Newark, NJ 07102

     VIA EMAIL: ron@darioandyacker.com
     Ronald A. Dario, Esq.
     Dario, Albert, Metz & Eyerman, LLC
     345 Union Street
     Hackensack, NJ 07601