# STORZER & ASSOCIATES

A PROFESSIONAL CORPORATION

ROMAN P. STORZER

———

SIEGLINDE K. RATH*
BLAIR LAZARUS STORZER**
ROBIN N. PICK***

 * Admitted in Maryland & N.J.
 ** Admitted in D.C., Maryland & Illinois
 *** Admitted in California & Maryland

OF COUNSEL
ROBERT L. GREENE†
JOHN G. STEPANOVICH††
CHRIS K. COSTA†††

 † Admitted in N.Y.
 †† Admitted in Virginia, N.Y. & Ohio (inactive)
 ††† Admitted in N.J., N.Y. and Penn.

1025 CONNECTICUT AVENUE, NORTHWEST
SUITE ONE THOUSAND
WASHINGTON, D.C. 20036

(202) 857-9766
FACSIMILE: (202) 315-3996

WWW.STORZERLAW.COM

BALTIMORE OFFICE:

9433 COMMON BROOK ROAD
SUITE 208
OWINGS MILLS, MD 21117

(410) 559-6325
FACSIMILE: (202) 315-3996

May 21, 2019

**VIA ECF**

Hon. Joseph A. Dickson
United States Magistrate Judge
Martin Luther King Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, N.J. 07101

   Re: *Valley Chabad, et al. v. Borough of Woodcliff Lake, et al.*
      Case No.: 2:16-08087-JLL-JAD

Your Honor:

  The undersigned represents Plaintiffs Valley Chabad, Inc. and Rabbi Dov Drizin ("Plaintiffs") in the above-referenced matter. As per Your Honor's Text Order of April 30, 2019, I am writing to report on the status of the outstanding discovery issues.

  Despite numerous requests to Defendants, Plaintiffs still have not received from Defendants:

- Responses and Objections to Plaintiffs' First Request for Production of Documents served upon Defendant Rendo;
- Responses and Objections to Plaintiffs' First Request for Production of Documents served upon Defendant Borough;
- Complete interrogatory responses as requested in Plaintiffs' August 3, 2018 letter;
- Responses and Objections to Plaintiffs' Supplemental Requests for Production of Documents served upon Defendant Rendo;
- Documents responsive to Plaintiffs' document requests from agreed-upon custodians' personal email accounts;
- A privilege log for all documents withheld and redacted on the basis of privilege; and

- Documents responsive to Plaintiffs' document requests from before 2010.

These discovery requests have been pending for more than a year and ten months. Plaintiffs seek the Court's permission to file a motion to compel, as discussed during the January 30 conference.

Respectfully submitted,

Robin N. Pick

cc:   All counsel of record via ECF