IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALLEY CHABAD, INC. and RABBI DOV DRIZIN,<br><br>      Plaintiffs,<br><br>v.<br><br>BOROUGH OF WOODCLIFF LAKE, N.J., ZONING BOARD OF ADJUSTMENT OF THE BOROUGH OF WOODCLIFF LAKE, N.J., et al.<br><br>      Defendants. | Civil No. 2:16-cv-08087-KSH-JAD |

**PLAINTIFFS' MOTION TO COMPEL DISCOVERY AND
FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37**

  COME NOW Plaintiffs, Valley Chabad, Inc. and Rabbi Dov Drizin ("Plaintiffs") and move this Court to compel answers to interrogatories, responses to Plaintiffs' requests for production of documents, and documents responsive to Plaintiffs' requests for production from Defendants, Borough of Woodcliff Lake ("Borough"), Zoning Board of Adjustment of the Borough of Woodcliff Lake ("Board"), Carlos Rendo, and Paul Bechtel (collectively "Defendants"), pursuant to Rules 33, 34 and 37 of the Federal Rules of Civil Procedure and Local Rules 26.1 and 37.1, and for an award of attorney's fees and costs associated with the filing of the within Motion, and for additional relief as set forth herein.

  Plaintiffs hereby incorporate their Memorandum in support of this Motion as well as the Declaration of Robin N. Pick accompanying same.

                     Respectfully submitted,

                                  <u>/s/ Robin N. Pick</u>
Sieglinde K. Rath
Roman P. Storzer
Robin N. Pick
Storzer & Associates, P.C.
9433 Common Brook Road, Ste 208
Owings Mills, MD 21117
rath@storzerlaw.com
storzer@storzerlaw.com
pick@storzerlaw.com
(410) 559-6325

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was sent via ECF on June 7, 2019, to all counsel of record, including:

Brent R. Pohlman
Eric L. Harrison
Methfessel & Werbel, P.C. 2025
Lincoln Highway, Suite 200
Edison, NJ 08818
pohlman@methwerb.com
harrison@methwerb.com

Henry E. Klingeman, Esq.
Helen A. Nau, Esq.
Krovatin Klingeman LLC
60 Park Place, Suite 1100
Newark, New Jersey 07102
hklingeman@krovatin.com
hnau@krovatin.com

Michael E. Campion
Susan Millenky
U.S. Department of Justice
United States Attorney
District of New Jersey- Civil Division
970 Broad Street, Suite 700
Newark, NJ 07102
Michael.Campion@usdoj.gov
susan.millenky@usdoj.gov

/s/ Robin N. Pick
Robin N. Pick
*Attorney for Plaintiff*