IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALLEY CHABAD, INC. and RABBI DOV DRIZIN,<br><br>    Plaintiffs,<br><br>v.<br><br>BOROUGH OF WOODCLIFF LAKE, N.J., ZONING BOARD OF ADJUSTMENT OF THE BOROUGH OF WOODCLIFF LAKE, N.J., et al.<br><br>    Defendants. | Civil No. 2:16-cv-08087-KSH-JAD |

**DECLARATION OF ROBIN N. PICK**

Robin N. Pick declares as follows, pursuant to 28 U.S.C. § 1746:

1. I am an associate attorney with Storzer & Associates, P.C., attorneys for the Plaintiff and make this declaration in that capacity.

2. Plaintiffs' counsel has attempted to confer with Defendants in a good faith effort to resolve by agreement the issues raised by the motion to compel without the intervention of the Court.

3. The parties have been unable to reach agreement.

4. The date and method of communication used in attempting to reach an agreement was as follows:

  On August 3, 2019:  Letter from Sieglinde Rath to Eric Harrison;

  September 7, 2019: Email from Robin Pick to Brent Pohlman;

December 13, 2019: Email from Robin Pick to Brent Pohlman; and

May 20, 2019: Letter from Robin Pick to Brent Pohlman and Eric Harrison.

5. Attached hereto as **Exhibit A** is a true and correct copy of Plaintiffs' Interrogatories served on Defendant Zoning Board of Adjustment of the Borough of Woodcliff Lake ("Board").

6. Attached hereto as **Exhibit B** is a true and correct copy of Plaintiffs' Interrogatories served on Defendant Borough of Woodcliff Lake ("Borough").

7. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiffs' Interrogatories served on Defendant Carlos Rendo.

8. Attached hereto as **Exhibit D** is a true and correct copy of Requests for Production of Documents served on the Board.

9. Attached hereto as **Exhibit E** is a true and correct copy of Requests for Production of Documents served on the Borough.

10. Attached hereto as **Exhibit F** is a true and correct copy of Requests for Production of Documents served on Rendo.

11. Attached hereto as **Exhibit G** is a true and correct copy of a Consent Order Extending Discovery, dated November 8, 2017.

12. Attached hereto as **Exhibit H** is a true and correct copy of a letter from Howard Mankoff to Sieglinde Rath dated February 23, 2018.

13. Attached hereto as **Exhibit I** is a true and correct copy of the Board's Answers to Interrogatories.

14. Attached hereto as **Exhibit J** is a true and correct copy of the Board's Responses and Objections to Plaintiffs' Requests for Production of Documents.

15. Attached hereto as **Exhibit K** is a true and correct copy of the Borough's Answers to Interrogatories.

16. Attached hereto as **Exhibit L** is a true and correct copy of Mayor Rendo's Answers to Interrogatories.

17. Attached hereto as **Exhibit M** is a true and correct copy of a letter from Sieglinde Rath to Howard Mankoff dated May 2, 2018.

18. Attached hereto as **Exhibit N** is a true and correct copy of a letter from Sieglinde Rath to the Court dated May 11, 2018.

19. Attached hereto as **Exhibit O** is a true and correct copy of a letter from Sieglinde Rath to Eric Harrison dated August 3, 2018.

20. Attached hereto as **Exhibit P** is a true and correct copy of an email from Robin Pick to Brent Pohlman dated September 7, 2018.

21. Attached hereto as **Exhibit Q** is a true and correct copy of an email from Brent Pohlman to Robin Pick dated September 13, 2018.

22. Attached hereto as **Exhibit R** is a true and correct copy of Supplemental Requests for Production of Documents on Defendant Borough.

23. Attached hereto as **Exhibit S** is a true and correct copy of Supplemental Requests for Production of Documents on Defendant Board.

24. Attached hereto as **Exhibit T** is a true and correct copy of Supplemental Requests for Production of Documents on Defendant Rendo.

25. Attached hereto as **Exhibit U** is a true and correct copy of Supplemental Requests for Production of Documents on Defendant Bechtel.

26. Attached hereto as **Exhibit V** is a true and correct copy of an email from Robin Pick to Brent Pohlman dated December 13, 2018.

27. Attached hereto as **Exhibit W** is a true and correct copy of an email from Robin Pick to Brent Pohlman, Eric Harrison, Henry Klingeman and Helen Nau dated November 21, 2018.

28. Attached hereto as **Exhibit X** is a true and correct copy of the list of custodians attached to the email in **Exhibit W.**

29. Attached hereto as **Exhibit Y** is a true and correct copy of the list of search terms attached to the email in **Exhibit W.**

30. Attached hereto as **Exhibit Z** is a true and correct copy of an email from Brent Pohlman dated January 4, 2019.

31. Attached hereto as **Exhibit AA** is a true and correct copy of a letter sent by Robin Pick to Brent Pohlman and Eric Harrison dated May 20, 2019.

32. Attached hereto as **Exhibit BB** is a true and correct copy of twenty-one documents from Defendants' document production, produced on March 29, 2019.

33. Attached hereto as **Exhibit CC** is a true and correct copy of Certifications sent by Helen Nau to Michael Campion and Susan Millenky on May 21, 2019.

34. On October 2, 2017, Plaintiffs served their responses to Defendants' Interrogatories.

35. On March 16, 2018, Plaintiffs served their Objections and Responses to Defendants' Request for Production of Documents as well as supplemental responses to Defendants' Interrogatories.

36. Defendants' June 27, 2018 production did not include, *inter alia,* native files, metadata, a load file, as well as any information indicating from which custodians the documents were collected.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2019

                                                                                     _____
Robin N. Pick
Storzer & Associates, P.C.
9433 Common Brook Road
Suite 208
Owings Mills, Md 21117
(202) 857-9766