IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

VALLEY CHABAD, INC. and RABBI
DOV DRIZIN,

        Plaintiffs,

v.

BOROUGH OF WOODCLIFF LAKE, N.J.,
ZONING BOARD OF ADJUSTMENT OF
THE BOROUGH OF WOODCLIFF LAKE,
N.J., *et al.*

        Defendants.

Civ. No. 16-8087 (JLL)

**CONSENT ORDER
EXTENDING DISCOVERY**

This matter having been opened to the Court for a Consent Order Extending Discovery, and for other good cause shown:

IT IS on this 8th day of Nov., 2017

**ORDERED THAT:**

The dates in the Amended Pretrial Scheduling Order are hereby extended as follows:

1. Fact discovery is to remain open through **June 1, 2018**. No discovery is to be issued or engaged in beyond that date, except upon application and for good cause shown.

2. The parties may serve interrogatories (limited to fifty (50) single questions) and requests for production of documents; to be responded to by **December 15, 2017**.

3. Expert discovery is to remain open through ~~June 1,~~ September 1, 2018.

4. Pursuant to Federal Rule of Civil Procedure 26(a)(2)(D), the parties shall identify their experts and deliver their expert reports in accordance with the following deadlines: (a) All

1

affirmative expert reports shall be delivered on or before ~~March~~ July 1, 2018. Any such report shall be in the form and content as required by Fed. R. Civ. P. 26(a) (2) (B); and (b) All responding expert reports shall be delivered on or before ~~May~~ August 1, 2018. Any such report shall be in the form and content as described above.

cc: Jose L. Linares, USDJ

Joseph A. Dickson, United States Magistrate Judge

We hereby consent to the form and entry of the within Consent Order.

STORZER & ASSOCIATES, P.C.

Sieglinde K. Rath, Esq.
1025 Connecticut Ave., N.W. Suite 1000
Washington, D.C. 20036
Tel: 202.857.9766
Fax: 202.315.3996

*Attorneys for Plaintiffs*

MARSHALL, DENNEHEY, WARNER,
COLEMAN & GOGGIN

Howard B. Mankoff, Esq.
425 Eagle Rock Avenue
Suite 302
Roseland, New Jersey 07068
Tel: 973.618.4400
Fax: 973.618-0685

*Attorneys for Defendants*