# STORZER & ASSOCIATES

A PROFESSIONAL CORPORATION

ROMAN P. STORZER

SIEGLINDE K. RATH*
BLAIR LAZARUS STORZER**
ROBIN N. PICK***

  * Admitted in Maryland & N.J.
 ** Admitted in D.C., Maryland & Illinois
*** Admitted in California & Maryland

OF COUNSEL
ROBERT L. GREENE†
JOHN G. STEPANOVICH††

 † Admitted in N.Y.
†† Admitted in Virginia, N.Y. & Ohio (inactive)

1025 CONNECTICUT AVENUE, NORTHWEST
SUITE ONE THOUSAND
WASHINGTON, D.C. 20036

(202) 857-9766
FACSIMILE: (202) 315-3996

WWW.STORZERLAW.COM

BALTIMORE OFFICE:

1314 BEDFORD AVENUE
SUITE 114
BALTIMORE, MD 21208

(410) 559-6325
FACSIMILE: (202) 315-3996

February 23, 2018

**VIA REGULAR MAIL AND EMAIL**

Howard Mankoff, Esq.
Marshall, Dennehey, Warner, Coleman & Goggin
425 Eagle Rock Avenue
Suite 302
Roseland, New Jersey  07068

  *Re:  Valley Chabad, et al. v. Borough of Woodcliff Lake, et al.*

Dear Howard:

  In furtherance of our recent discussions, this letter will confirm that the parties have agreed to a date of March 16, 2018 for the exchange of mutually outstanding discovery responses and document production.

  There are several issues that we still need to address to facilitate same.  The first is the issue of ESI production.  I have attached a proposed Order regarding discovery which addresses this.  Please review same and advise if it is acceptable.  I want to ensure that both parties are providing documents in the same format and subject to the same understanding.

  We had discussed the issue of the production of discoverable information contained within the personal email accounts of former and current Borough officials and staff.  Please advise if this information will be produced as part of your responses to the outstanding discovery requests.

  I look forward to hearing from you.

              Very truly yours,

              *Sieglinde K. Rath*

              Sieglinde K. Rath