IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| VALLEY CHABAD, INC. and RABBI DOV DRIZIN,<br><br>    Plaintiffs,<br><br>v.<br><br>BOROUGH OF WOODCLIFF LAKE, N.J., ZONING BOARD OF ADJUSTMENT OF THE BOROUGH OF WOODCLIFF LAKE, N.J., et al.<br><br>    Defendants. | Civil No. 2:16-cv-08087-KSH-JAD |

**PROPOSED ORDER ON PLAINTIFFS' MOTION TO COMPEL AND FOR SANCTIONS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37**

AND NOW this _____ day of _____, 2019, IT IS HEREBY ORDERED that Plaintiff's motion is GRANTED, and within _____ days from the date of this Order, Defendants shall:

(1) Provide full and complete answers to Plaintiff's Interrogatories served on the Board: Interrogatory Nos. 3-5, 12-14, 16, 18-23, 28, 31-37; Plaintiffs' Interrogatories served on the Borough: Interrogatory Nos. 3-12, 14, 19-31, 35-37; and Plaintiffs' Interrogatories served on Rendo: Interrogatory Nos. 2, 7-9, 12, 15-19, 21-23.

(2) Produce all outstanding Responses and Objections to Plaintiffs' Requests for Production of Documents served on Defendants.

(3) Produce emails from the agreed upon custodians' personal email accounts responsive to Plaintiffs' Requests for Production of Documents.

(4)   Produce emails from January 1, 2000 through December 31, 2009 that are responsive to Plaintiffs' Requests for Production of Documents.

(5)   Pay attorney's fees and costs to Plaintiffs for the filing of this motion.

(6)   Comply with any other sanctions the Court deems appropriate.

BY THE COURT:

_____
HON. JOSEPH A. DICKSON
U.S. Magistrate Judge